

# Dakotah Reporting Agency

300 N. Dakota Ave., #316  Phone: 605-338-8898      Registered Merit Reporter
Sioux Falls, SD 57104    Fax:   605-338-9096      dakotahreporting@qwestoffice.net

Merchant & Gould  
3200 IDS Center  
80 South Eighth Street  
Minneapolis, MN 55402-2215  

MR. ALBERT L. UNDERHILL  
FNBSF v. FNBSD  
SD Southern Div. Civ. #06-4101  
REVISED DETAILED BILLING  

INVOICE NO. : 6537  
INVOICE DATE: 10/19/2009  
REPORTER: Kerry Lange  

ID# 46-0460174

| Date | Description | Amount |
|---|---|---|
| 5/14/2007 | DEPOSITION OF STANLEY BIONDI | |
| | Attendance Fee | 172.50 |
| | Original Transcript | 488.80 |
| | One Copy | 272.60 |
| | 2nd Copy | 37.60 |
| 5/15/2007 | DEPOSITION OF STEPHANIE GONGOPOULOS | |
| | One Copy | 152.25 |
| | 2nd copy | 21.00 |
| 5/16/2007 | DEPOSITION OF HARRIS KRUSE | |
| | Attendance Fee | 195.00 |
| | Original Transcript | 426.40 |
| | One Copy | 237.80 |
| | 2nd Copy | 32.80 |
| 5/17/2007 | DEPOSITION OF WILLIAM BAKER | |
| | One Copy | 243.60 |
| | 2nd Copy | 33.60 |
| 6/07/2007 | DEPOSITION OF JOLEEN SMITH | |
| | Attendance Fee | 165.00 |
| | Original Transcript | 449.80 |
| | One Copy | 250.85 |
| | 2nd Copy | 34.60 |
| 6/08/2007 | DEPOSITION OF LAURA BAUMEISTER | |
| | Attendance Fee | 120.00 |
| | Original Transcript | 426.40 |
| | One Copy | 237.80 |
| | 2nd Copy | 32.80 |
| 6/25/2007 | DEPOSITION OF RANDALL JOHNSON | |
| | Attendance Fee | 60.00 |
| | Original Transcript | 228.80 |
| | One Copy | 127.60 |
| | 2nd Copy | 17.60 |
| 6/26/2007 | DEPOSITION OF PAULA HOY | |

Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

MR. ALBERT L. UNDERHILL
FNBSF v. FNBSD
SD Southern Div. Civ. #06-4101
REVISED DETAILED BILLING

**INVOICE NO. :** 6537
**INVOICE DATE:** 10/19/2009
**REPORTER:**
Kerry Lange

**ID#** 46-0460174

| Date | Description | Amount |
|---|---|---|
| | One Copy | 101.50 |
| | 2nd Copy | 14.00 |
| | Exhibit Copies | 63.96 |
| | Postage | 36.05 |
| | ASCII & E-TRANS - NO CHARGE | |
| | **Sub Total** | 4,680.71 |
| | **Paid** | 4680.71 |
| | **Balance Due** | 0.00 |

**Thank You!**